UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60445-REID

ERICK NINO ALARCON,

    Plaintiff,

v.

CAFE VICO, INC., and
MARCOS RODRIGUES

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

This cause is before the Court on the parties' Settlement [ECF No. 94]. The Court having carefully reviewed the record, and being otherwise fully advised, it is **ORDERED** as follows:

(1) The above-styled action is administratively **CLOSED** without prejudice.

(2) The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

(3) If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

(4) In reviewing a settlement of a Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") private claim, a court must "scrutinize[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). The Court held a Fairness Hearing on September 24, 2024. [ECF No. 95].

(5) The Parties are to email Chambers a copy of the Settlement Agreement by Monday, September 30, 2024.

1

**SIGNED** this 27th day of September, 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **All Counsel of Record**